IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-234-BO-1
No. 5:11-CV-155-BO

| | |
|---|---|
| TERRENCE DOUGLAS PENNINGTON )<br>)<br>v. )<br>)<br>UNITED STATES )<br>_____ ) | O R D E R |

This matter is before the Court on *pro se* Plaintiff's Motion to Vacate under 28 U.S.C. § 2255. (DE # 35[1], 39).

## FACTS

On January 21, 2010, petitioner pled guilty, pursuant to a written plea agreement (DE # 22), to possession with the intent to distribute a quantity of marijuana and possession of a firearm in furtherance of a drug trafficking crime. On April 27, 2010, this Court sentenced petitioner to 97 months of incarceration, as well as other penalties. (DE # 33). Petitioner did not appeal his conviction or sentence.

On April 4, 2011, Petitioner filed a motion seeking collateral review of his conviction pursuant to 28 U.S.C. § 2255. In his petition, petitioner claims, *inter alia*, that his counsel failed to file an appeal in spite of his request.

In its Response, the Government requests that the Court re-enter a new judgment identical in all respects to the earlier one except for the date of entry so that Petitioner could

---

[1] The Motion at (DE # 39) is the same as (DE # 35) except it was written on the proper motion form at the direction of the Court.

timely appeal his sentence. United States v. Mongold, 259 Fed. Appx. 539, 540-41 (4th Cir. 2007).

## CONCLUSION

The Court ORDERS the clerk to re-enter a new judgment for Petitioner identical in all respects to Petitioner's earlier one except that the date of entry should be today's date.

SO ORDERED, this ____ day of June, 2011.

Terrence W. Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE